IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT L. QUINN                                                                           PLAINTIFF

v.                                    Case No. 11-3070

CAROLYN COLVIN, Commissioner of
Social Security Administration                                                      DEFENDANT

## <u>ORDER</u>

The Court has received proposed findings and recommendations (Doc. #10) from Chief

United States Magistrate Judge James R. Marschewski.  There have been no objections.  After careful

review, the Court concludes that the findings and recommendations should be, and hereby are,

approved and adopted as this Court's findings in all respects in their entirety.  Judgment will be entered

accordingly.

**IT IS SO ORDERED** this 20th day of March, 2013.

/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE